IN THE UNITED DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

**MELBA I. SANTIAGO LEBRON,**
Plaintiff

v.                                                                                         **CIVIL NO. 02-2825 (DRD)**

**AUTOSUMMIT INC. D/B/A BAYAMON**
**FORD, et al.,**
Defendant

| **ORDER** |
|---|
| Pending before the Court is Plaintiff's *Motion Requesting Partial Dismissal in Compliance with Court Order.* (Docket No. 43). In essence, plaintiff explains to the Court that, after careful review of this Court's *Opinion and Order* of September 30, 2004 (Docket No. 42) and the case law therein discussed, she now wishes to dismiss with prejudice her Title VII claims against the individual (non-corporate) defendants in their personal capacities, as well as local Puerto Rico law claims against their spouses and conjugal partnerships. <br><br> Having defendants presented no objection thereto, the Court **GRANTS** plaintiff's request and **DISMISSES WITH PREJUDICE** all personal causes of action against the individual defendants under Title VII, as well as those pursuant to local laws 17, 100, 69, 115, and the Constitution of the Commonwealth of Puerto Rico against their spouses and conjugal partnerships. *See* Contreras Bordallo v. Banco Bilbao Viscaya de Puerto Rico, 952 F.Supp. 72, 73 n.2 (D.P.R. 1997); Mejias Miranda v. BBII Acquisition Corp., 120 F.Supp.2d 157, 172 (D.P.R. 2000); Rosario Toledo v. Distribuidora Kikuet, 2000 P.R.S.C. 107. <br><br> IT IS SO ORDERED. |

Date: May 19, 2005.

S/Daniel R. Domínguez
**DANIEL R. DOMINGUEZ**
**U.S. DISTRICT JUDGE**