UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

**MELBA SANTIAGO LEBRON,**
Plaintiff

v.  CIVIL NO. 02-2825(DRD)

**AUTOSUMMIT, INC.,**
Defendants

ORDER

The Court hereby sets **JURY TRIAL** in the instant case for the **7th, 8th, 9th, 10th, 14th, and 15th days of November of 2005 at 9:00am.** The Jury Trial shall begin with the **Jury Selection Process** on **November 7th, 2005 at 9:00am. The Jury Clerk shall be informed that a potential panel of forty (40) jurors shall be provided for jury service on said date. THIS IS A FIRM DATE. ABSOLUTELY NO CONTINUANCES SHALL BE GRANTED.** Counsel shall make necessary arrangements with expert witnesses for their appearance. Finally, a **Final Pre-Trial Conference** is set for the **25th day of October of 2005 at 5:00pm.**

The parties are advised that, since the instant case is a civil matter, the judiciary system does not provide court interpreters. Accordingly, the parties shall make the necessary arrangements to obtain, **at their own cost**, a certified court interpreter. Furthermore, the parties are advised that, if the instant case is settled at the eve of trial, **COUNSEL** for both parties shall pay the costs related to the jury selection process. It is, thus, advised that, **to avoid said charges**, the settlement agreement shall be informed **before 3:00pm. on the day before the jury selection process begins**. Finally, the parties shall submit **on or before October 25, 2005**, all exhibits to be used during the Trial. The plaintiffs shall mark their exhibits with arabic numbers, the defendants shall use letters, and any joint exhibit shall be marked with roman numerals. Finally, the Court reminds the parties that all jury instructions, potential voir dire questions, and a short paragraph explaining the nature of the instant case from each party (said paragraphs are to be used by the Court to explain the case to the panel of jurors) are to be filed with the Court **on or before October 25, 2005**.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 24th day of June of 2005.

s/ Daniel R. Dominguez
**DANIEL R. DOMINGUEZ**
**U.S. DISTRICT JUDGE**